IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin Sanchez Alanis, ) | No. CV-14-0324-TUC-RCC (BGM) |
| ) Petitioner, ) | |
| ) | **REPORT AND RECOMMENDATION** |
| vs. ) | |
| ) Craig Apker, ) | |
| ) Respondent. ) | |
| ) | |

Currently pending before the Court is Petitioner's Motion for Default Judgment (Doc. 33). Pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure, this matter was referred to Magistrate Judge Macdonald for Report and Recommendation. The Magistrate Judge recommends that the District Court deny Petitioner's motion (Doc. 33).

Petitioner seeks default judgment because Respondent had not filed an Answer to Petitioner's Amended Petition by October 26, 2014 as required by the Court's October 2, 2014 Scheduling Order (Doc. 26). On October 23, 2014, however, Respondent filed a Motion for Extension of Time (Doc. 29). On October 27, 2014, this Court entered its Order (Doc. 31) granting the same. Accordingly, Respondent's Answer was timely filed, and default judgment is inappropriate in this case.

Accordingly, the Magistrate Judge RECOMMENDS that the District Judge enter an order DENYING Petitioner's Motion for Default Judgment (Doc. 33).

Pursuant to 28 U.S.C. § 636(b) and Rule 72(b)(2) of the Federal Rules of Civil Procedure, any party may serve and file written objections within fourteen (14) days after

being served with a copy of this Report and Recommendation. A party may respond to another party's objections within fourteen (14) days after being served with a copy. Fed. R. Civ. P. 72(b)(2). No replies shall be filed unless leave is granted from the District Court. If objections are filed, the parties should use the following case number: **CV-14-324-TUC-RCC**.

Failure to file timely objections to any factual or legal determination of the Magistrate Judge may result in waiver of the right of review. The Clerk of the Court shall send a copy of this Report and Recommendation to all parties.

DATED this 18th day of November, 2014.

Bruce G. Macdonald
United States Magistrate Judge