IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin Sanchez Alanis,<br><br>                 Petitioner,<br><br>v.<br><br>Craig Apker,<br><br>                 Respondent. | No. CV-14-00324-TUC-RCC (BGM)<br><br>**ORDER** |

      Pending before the Court is Petitioner's Motion for Default Judgment (Doc. 33) and Magistrate Judge Bruce G. Macdonald's Report and Recommendation (R & R) (Doc. 39). The parties did not file objections to the R & R. The Court accepts and adopts Magistrate Judge Macdonald's November 18, 2014 R & R.

      The duties of the district court in connection with a R & R are set forth in Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). The district court may "accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1). The Court will not disturb a magistrate judge's order unless his factual findings are clearly erroneous or his legal conclusions are contrary to law. 28 U.S.C. § 636(b)(1)(A). "[T]he magistrate judge's decision…is entitled to great deference by the district court." *U.S. v. Abonce-Barrera*, 257 F.3d 959, 969 (9th Cir. 2001). A failure to raise an objection waives all objections to the magistrate judge's findings of

1  fact. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a
2  Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of
3  finding waiver of an issue on appeal." *Id.* (internal citations omitted).

4  Here, the parties have not objected to the R & R. This Court considers the R & R
5  to be thorough and well-reasoned. Accordingly,

6  **IT IS HEREBY ORDERED** that Magistrate Judge Macdonald's Report and
7  Recommendation (Doc. 39) is **ACCEPTED** and **ADOPTED** as the findings of fact and
8  conclusions of law by this Court.

9  **IT IS FURTHER ORDERED** that Petitioner's Motion for Default Judgment
10 (Doc. 33) is **DENIED**. This matter shall remain with Magistrate Judge Macdonald for a
11 Report and Recommendation on pending dispositive motions.

12 Dated this 4th day of March, 2015.

Raner C. Collins
Chief United States District Judge